# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 20-1976

———————————————

United States of America

*Plaintiff - Appellee*

v.

Lance Joseph Guzman

*Defendant - Appellant*

————————

Appeal from United States District Court
for the Southern District of Iowa - Eastern

————————

Submitted: January 11, 2021
Filed: January 14, 2021
[Unpublished]

————————

Before BENTON, KELLY, and GRASZ, Circuit Judges.

————————

PER CURIAM.

Lance Joseph Guzman appeals the Guidelines-range sentence the district court[1] imposed upon revoking his supervised release. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Guzman's counsel has moved for leave to withdraw and challenges the revocation sentence as substantively unreasonable. Upon careful review of the record and the parties' response to a show-cause order, this court concludes that the district court did not impose an unreasonable sentence. *See United States v. Miller*, 557 F.3d 910, 916 (8th Cir. 2009) (in reviewing revocation sentences, appellate court first ensures no significant procedural error occurred, then considers substantive reasonableness of sentence under deferential abuse-of-discretion standard). The record reflects that the district court considered the 18 U.S.C. § 3553(a) factors; there is no indication that it overlooked a relevant factor or committed a clear error of judgment in weighing relevant factors. *See United States v. Larison*, 432 F.3d 921, 923-24 (8th Cir. 2006). The sentence is within the Guidelines range, and below the statutory limit. *See* 18 U.S.C. § 3583(e)(3), (h).

The judgment is affirmed. The motion to dismiss the appeal is denied, and the motion to withdraw is granted.

_____

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.